UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMETRIES DAVIES,

               Plaintiff,             Case no. 14-13389
                                       Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge R. Steven Whalen's August 4, 2015 report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.


                            s/John Corbett O'Meara
                            United States District Judge

Date: August 28, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 28, 2015, using the ECF system.

s/William Barkholz

Case Manager